[L. A. No. 722. In Bank.—April 21, 1899.]

A. M. McCONOUGHEY, Petitioner, v. E. S. TORRENCE, Judge of Superior Court of San Diego County, Respondent.

APPEAL—MANDAMUS TO SETTLE STATEMENT—LACHES.—Where the refusal of the superior court to settle a statement on appeal was made final and definite by an order made and entered more than five months prior to the application in this court for a *mandamus* to compel the settlement of the statement, the application must be denied on the ground of laches.

APPLICATION in the Supreme Court for *mandamus* to the Judge of the Superior Court of San Diego County, to compel the settlement of a statement on appeal from a judgment of the Superior Court of that county. E. S. Torrence, Judge.

The facts are stated in the opinion of the court.

A. M. McConoughey, Petitioner, in *pro. per.*

THE COURT.—This is a proceeding in *mandamus* to compel the respondent to settle a statement on appeal. The appeal was taken within sixty days after July 28, 1898. The refusal

to settle the statement was made final and definite by an order of respondent made and entered October 11, 1898. This proceeding to compel settlement was not commenced until March 24, 1899, and the application must be denied upon the ground of laches. (*Depeaux v. Peck*, 118 Cal. 522.)